```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**BETTY A. HAGER,**

    **Plaintiff,**

**v.**                                        **Civil Action No. 2:18-CV-00550**

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

## ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered on April 29, 2019; and the magistrate judge having recommended that the court dismiss the plaintiff's complaint, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b); and no objection having been filed to the Proposed Findings and Recommendations, it is ORDERED that:

    1. The findings made in the Proposed Findings and Recommendations of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

2.   This action be, and it hereby is, dismissed without prejudice and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and United States Magistrate Judge Cheryl A. Eifert.

DATED: May 29, 2019

John T. Copenhaver, Jr.
Senior United States District Judge